```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 04 B 27704
  DONALD LEE KORNEGGER
  BARBARA JEAN KORNEGGER                        CHAPTER 13

                                                JUDGE: BRUCE W BLACK

         Debtor
  SSN XXX-XX-9237     SSN XXX-XX-0531
```

---
                TRUSTEE'S FINAL REPORT AND ACCOUNT
---

     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 07/27/04 and confirmed on 10/05/04.

   2.  The plan is paid in full.

   3.  The Debtor paid a total of $   7205.00 .

   4.  The Trustee made disbursements to creditors as follows:

---

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---:|---:|---:|
| BECKET & LEE LLP | UNSECURED | 805.16 | .00 | 153.74 |
| FIA CARD SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| ROUNDUP FUNDING LLC | UNSECURED | 380.00 | .00 | 72.56 |
| ROUNDUP FUNDING LLC | UNSECURED | 14181.66 | .00 | 2707.93 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 149.32 | .00 | 28.51 |
| DISCOVER BANK | UNSECURED | 2170.40 | .00 | 414.43 |
| FIFTH THIRD | UNSECURED | 905.07 | .00 | 172.82 |
| HEARTLAND CARDIOVASCULAR | UNSECURED | NOT FILED | .00 | .00 |
| JOLIET RADIOLOGICAL SERV | UNSECURED | NOT FILED | .00 | .00 |
| KURTZ AMBULANCE SERVICE | UNSECURED | NOT FILED | .00 | .00 |
| MORRIS HOSPITAL | UNSECURED | NOT FILED | .00 | .00 |
| ST JOSEPH | UNSECURED | NOT FILED | .00 | .00 |
| US BANK | UNSECURED | 3397.86 | .00 | 648.81 |
| VITAL CARE | UNSECURED | NOT FILED | .00 | .00 |

     Summary of disbursements:

---

|  | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---:|---:|---:|---:|---:|
| TOTAL CLMS ALLOWED | .00 | .00 | 21989.47 | .00 | 21989.47 |
| PRINCIPAL PAID | .00 | .00 | 4198.80 | .00 | 4198.80 |
| INTEREST PAID | .00 | .00 | .00 | .00 | .00 |
| TOTAL PAID | .00 | .00 | 4198.80 | .00 | 4198.80 |

The Debtor's attorney, PETER FRANCIS GERACI        , was allowed $   2700.00
and was paid $    2700.00 .

The Trustee received $     301.20 .

Refunds to the Debtor totaled $      5.00 .

     Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability

in this case.

Dated: 10/11/07

/S/
GLENN STEARNS
CHAPTER 13 TRUSTEE